UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KATHLEEN BECKWITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 3:18-cv-801 |
| | ) |
| PLANET FORWARD, LLC d/b/a | ) |
| PLANET FORWARD ENERGY | ) |
| SOLUTIONS, LLC, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

1. Plaintiff, Kathleen Beckwith ("Beckwith"), brings this action against Defendant, Planet Forward, LLC d/b/a Planet Forward Energy Solutions, LLC ("Defendant"), for unlawfully violating her rights as protected by the Fair Labor Standards Act ("FLSA"), as amended.

## PARTIES

2. Beckwith resided within the Northern District of Indiana when working for Defendant. She currently resides in Arizona.

3. Defendant operated, worked, and conducted business within the Northern District of Indiana in 2016 and 2017.

## JURISDICTION AND VENUE

4. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331; 42 U.S.C. § 1988; and 29 U.S.C. §216(b).

5. Beckwith was an "employee" within the meaning of 29 U.S.C. §203(e).

6. Defendant is an "employer" within the meaning of 29 U.S.C. §203(d).

7. Venue is proper in this Court.

## **FACTUAL ALLEGATIONS**

8. Defendant hired Beckwith for the position of Civil QA Inspector on or about December 7, 2016.

9. Beckwith's hourly wage rate was $55.00 from on or about December 7, 2016, to on or about February 14, 2017.

10. Beckwith's hourly wage rate was $51.00 from on or about February 14, 2017, to in or about October 2017.

11. Defendant did not pay a weekly salary of at least $455 to Beckwith.

12. Beckwith's primary duty did not include performing office or non-manual work.

13. Beckwith routinely and regularly worked more than 40 hours each week.

14. Beckwith routinely and regularly worked overtime hours each week.

15. Beckwith worked more than 100 hours of overtime at the $55.00 hourly wage rate.

16. Beckwith worked hundreds of hours of overtime at the $51.00 hourly wage rate.

17. The overtime hours worked by Beckwith constituted work performed for Defendant and served as a measurable benefit to Defendant.

18. Defendant did not pay overtime rates to Beckwith for all hours worked by her in excess of 40 per week.

19. Defendant did not pay the half time overtime rate to Beckwith.

20. Defendant paid only the straight hourly wage rate to Beckwith for all hours worked by her above 40 per week.

21. Beckwith has suffered injury as a result of Defendant's unlawful actions.

## FAIR LABOR STANDARDS ACT – OVERTIME WAGE VIOLATIONS

22. Beckwith hereby incorporates paragraphs 1-21 of her Complaint.

23. Defendant failed to compensate Beckwith fully and completely for all overtime wages earned by her.

24. Defendant's actions have been willful and in reckless disregard of Beckwith's rights as protected by the FLSA.

## REQUESTED RELIEF

WHEREFORE, Plaintiff, Kathleen Beckwith, by counsel, respectfully requests that this Court find for her and order that:

1. Defendant pay all lost wages, including overtime wages, to Beckwith;

2. Defendant pay liquidated damages to Beckwith;

3. Defendant pay pre- and post-judgment interest to Beckwith;

4. Defendant pay Beckwith's attorneys' fees and costs incurred in litigating this action; and

5. Defendant pay to Beckwith any and all other legal and/or equitable damages that this Court determines appropriate and just to grant.

        Respectfully submitted,

        *s/ John H. Haskin*
        John H. Haskin, Attorney No. 7576-49

        *s/ Bradley L. Wilson*
        Bradley L. Wilson, Attorney No. 21154-49

        *s/ Samuel M. Adams*
        Samuel M. Adams, Attorney No. 28437-49
        Attorneys for Plaintiff
        Kathleen Beckwith

JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, Indiana  46204
Telephone:	(317)955-9500
Facsimile:	(317)955-2570
Email:		jhaskin@jhaskinlaw.com
		bwilson@jhaskinlaw.com
		sadams@jhaskinlaw.com