AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

KATHLEEN BECKWITH,

        Plaintiff,

v.   **Civil Action No.:**   3:18-cv-801 JD MGG

PLANET FORWARD, LLC,
*doing business as*
Planet Forward Energy Solutions, LLC,

        Defendant.

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: This case is DISMISSED WITH PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided  by Judge    Jon E. DeGuilio on a Joint Motion for Approval of Settlement Agreement    .

DATE:    February 13, 2019                ROBERT TRGOVICH, CLERK OF COURT

                                By:    s/K. Pflueger
                                        Signature of Clerk or Deputy Clerk